UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TODD LEVON,

    Defendant.

_____/

Case No. 01-80308

Hon. John Corbett O'Meara

**ORDER DENYING DEFENDANT'S MOTION
FOR JUDGMENT OF BAIL**

    Before the court is Defendant's Motion for Judgment of Bail, filed October 14, 2005. On January 14, 2003, a jury convicted Defendant of conspiring to manufacture marijuana and of possessing a firearm after having been convicted of a felony. The jury found beyond a reasonable doubt that the marijuana conspiracy involved 100 or more marijuana plants. The court sentenced Defendant to a mandatory 120 months in prison. Defendant appealed to the Sixth Circuit, which upheld his marijuana conspiracy conviction and reversed his firearm conviction. The Sixth Circuit decision did not alter Defendant's sentence.

    Defendant petitioned the United States Supreme Court for certiorari on September 15, 2005. Thereafter, Defendant moved for bond pending appeal. This court has previously denied Defendant's requests for bond three times. Defendant has not provided any new support for his request. Further, the Supreme Court denied Defendant's petition for certiorari on November 28, 2005, thus rendering Defendant's most recent request for bond moot.

Accordingly, IT IS HEREBY ORDERED that Defendant's October 14, 2005 Motion for Judgment of Bail is DENIED.

s/John Corbett O'Meara<br>
John Corbett O'Meara<br>
United States District Judge

Dated:  January 24, 2006