UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TODD LEVON,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.
_____/

Criminal No. 01-80308
Civil No. 06-12651

Hon. John Corbett O'Meara

# ORDER DENYING MOTION FOR
# REHEARING OR RECONSIDERATION

Before the court is Petitioner's motion for reconsideration of this court's July 23, 2007 order denying Petitioner's motion to vacate sentence pursuant to 28 U.S.C. § 2255. Pursuant to Local Rule 7.1(e)(2)(E.D. Mich. Sept. 8, 1998), no response was ordered and no oral argument was heard.

> Generally, and without restricting the court's discretion, the court will not grant motions for rehearing or reconsideration which merely present the same issues ruled upon by the court, either expressly or by reasonable implication. The movant shall not only demonstrate a palpable defect by which the court and the parties have been misled but also show that correcting the defect will result in a different disposition of the case.

LR 7.1(g)(3).

Having filed a motion for reconsideration that presents the same issues ruled upon by the court, either expressly or by reasonable implication, Petitioner has failed to demonstrate a palpable defect by which the court and the parties have been misled.

Accordingly, **IT IS HEREBY ORDERED** that Petitioner's August 1, 2007 motion for reconsideration is **DENIED**.

s/John Corbett O'Meara<br>
United States District Judge

Dated: August 03, 2007

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, August 4, 2007, by electronic and/or ordinary mail.

s/William Barkholz<br>
Case Manager